# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| TERRA SERVICES, LLC | § § | CASE NO:   18-32724-swe-7 |
| | § | |
| DEBTOR. | § § | Chapter 7 |

## TRUSTEE'S INTERIM REPORT

The Trustee wishes to advise the Court, creditors, and parties in interest that litigation is ongoing in this matter.

Respectfully Submitted,

 */s/ Scott M. Seidel*
Scott M. Seidel

6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE