IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § § § | |
| TERRA SERVICES, LLC § § | CASE NO:   18-32724-swe-7 |
| § | |
| DEBTOR. § § | Chapter 7 |

### TRUSTEE'S INTERIM REPORT

The Trustee wishes to advise the Court, creditors, and parties in interest that litigation has been resolved and funded. Trustee is proceeding to close the case.

Respectfully Submitted,

  /s/ Scott M. Seidel
Scott M. Seidel

6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE